IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA,<br><br>v.<br><br>Eric Brooks | ) ) ) ) ) ) ) ) ) ) | Case №: 2:21-mj-00035-DB<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a limited consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 2, 2021, the date he began helping the client.

This appointment shall remain in effect until further order of this court.

DATED:  4/9/2021

　　　　　　　　　　　　　　　　　　　___/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　HON. CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge